|   |   |
|---|---|
|   | Hon. Ronald B. Leighton |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| R. ALEXANDER ACOSTA, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br>        the Secretary,<br>        v.<br>AAA BUFFET, INC., a corporation d/b/a AAA BUFFET; AAA KING BUFFET, INC. d/b/a AAA BUFFET a corporation; XING SHI YONG, an individual; YOU ZHU TENG, an individual; XING SHI LU, an individual; and HAI YAN LIN, an individual,<br>        Defendants | Case No. 16-05360<br><br>**STIPULATED MOTION AND ORDER VACATING THE TRIAL DATE AND STAYING PROCEEDINGS** |

By this Court's order (Dkt. 34, filed 12/07/2016), trial is set to begin on February 20, 2018. Based on this date, and the Court's order granting the parties' motion to move deadlines, a number of filings and exchanges are due to take place between January 22, 2018 and February 12, 2018. Dkts. 34, 59.

However, the parties have reached a resolution to this matter in principle. As the parties intend to submit a proposed Consent Judgment to this Court memorializing that resolution, the parties respectfully request that the Court vacate the trial date and other associated deadlines. The parties further request that the Court stay this proceeding for 30 days to permit the parties to submit a Consent Judgment to the Court.

**STIPULATED MOTION AND ORDER VACATING TRIAL AND STAYING PROCEEDINGS (No. 16-05360) – Page 1 of 3**

U.S. Department of Labor, Office of the Solicitor
300 Fifth Ave., Suite 1120, Seattle, WA 98104
Phone: (213) 894-3990; Fax: (213) 894-2064

For those deadlines set by LR 16, "[t]he court may, by order in a specific case, modify or forego any of the procedures or deadlines set forth in this rule." LR 16(m)(2). For other aspects of the scheduling order, the dates "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Here, the parties have worked diligently to resolve the matter. The parties had productive settlement discussions in advance of their scheduled mediation with Judge Creatura and were able to come to an agreement on key terms. Through their efforts, the parties avoided consuming Judge Creatura's time in mediation by resolving the matter themselves. The details of the resolution must still be reduced to writing and various logistical and practical concerns remain to be addressed.

Accordingly, the parties seek an Order from this Court vacating the trial and associated schedules in Dkts. 34 and 59 and staying this matter for 30 days to permit the parties to submit a Consent Judgment to the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

///

///

///

///

///

///

///

///

///

**STIPULATED MOTION AND ORDER VACATING TRIAL AND STAYING PROCEEDINGS (No. 16-05360) – Page 2 of 3**

U.S. Department of Labor, Office of the Solicitor
300 Fifth Ave., Suite 1120, Seattle, WA 98104
Phone: (213) 894-3990; Fax: (213) 894-2064

Dated this 11th day of January, 2018.

| | |
|---|---|
| NICHOLAS C. GEALE<br>Acting Solicitor of Labor | DOUGLAS GILL JR. & ASSOCIATES, PLLC |
| JANET M. HEROLD<br>Regional Solicitor | By: s/ Douglas Gill<br>DOUGLAS GILL, JR.<br>207 Broadway #500 |
| BRUCE L. BROWN<br>Associate Regional Solicitor | Tacoma, WA 98402<br>Telephone: (253) 691-0197<br>Fax: (253) 444-9000 |
| JOSHUA P. FALK<br>Senior Trial Attorney | Email: doug@dgandassociates.com<br><br>Attorney for Defendants AAA Buffet, Inc. et.al |
| By: s/ Jeremiah Miller<br>JEREMIAH MILLER<br>Senior Trial Attorney<br>U.S. Department of Labor<br>300 Fifth Ave, Suite 1120<br>Seattle, WA 98104<br>Telephone: (206) 757-6759<br>Fax: (206) 757-6761<br>E-mail: miller.jeremiah@dol.gov<br>Attorneys for Plaintiff Secretary of Labor | |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 16th day of January, 2018.

*[signature: Ronald B. Leighton]*

Ronald B. Leighton
United States District Judge

**STIPULATED MOTION AND ORDER VACATING TRIAL AND STAYING PROCEEDINGS (No. 16-05360) – Page 3 of 3**

U.S. Department of Labor, Office of the Solicitor
300 Fifth Ave., Suite 1120, Seattle, WA 98104
Phone: (213) 894-3990; Fax: (213) 894-2064